*Thursday, April 12, 2001*

## MOTION DOCKET

**85–1209. State v. Scott.**
Cuyahoga App. No. 48609. Upon consideration of appellant's motion for stay of execution of sentence set for April 17, 2001,

IT IS ORDERED by the court that, in view of the pending action in case No. CR 182521, *State of Ohio v. Jay Scott*, in the Court of Common Pleas of Cuyahoga County, a decision on the motion for stay is hereby deferred until further order of this court.

**00–1456. Smith v. Friendship Village of Dublin, Ohio, Inc.**
Franklin App. No. 99AP–1332. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion to reschedule oral argument currently scheduled for May 16, 2001,

IT IS ORDERED by the court that the motion to reschedule oral argument be, and hereby is, denied.

**00–1553. Smith v. Friendship Village of Dublin, Ohio, Inc.**
Franklin App. No. 99AP–1332. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Franklin County. Upon consideration of appellee's motion to reschedule oral argument currently scheduled for May 16, 2001,

IT IS ORDERED by the court that the motion to reschedule oral argument be, and hereby is, denied.

**01–603. State v. Hernon.**
Medina App. No. 3081–M. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's motion for stay of sentence and continuation of bail,

IT IS ORDERED by the court that the motion for stay and continuation of bail be, and hereby is, denied.

Cook, J., dissents.

## RECONSIDERATION DOCKET

**01–352. State v. Morrissey.**
Cuyahoga App. No. 77179. Reported at 91 Ohio St.3d 1476, 744 N.E.2d 195. Upon consideration of appellee's motion for reconsideration of the dismissal of the cross-appeal,

IT IS ORDERED by the court that the motion for reconsideration of the dismissal of the cross-appeal be, and hereby is, denied.